UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ANTWAN CLEMONS, </br></br> Plaintiff, </br></br> v. </br></br> SHAYLNN JONES, et al., </br></br> Defendants. | CAUSE NO. 2:25-CV-488-GSL-AZ |

OPINION AND ORDER

Antwan Clemons, a prisoner without a lawyer, filed a complaint that did not state a claim. ECF 1. He was granted until November 27, 2025, to file an amended complaint. ECF 4. He was cautioned if he did not respond by the deadline, this case would be dismissed without further notice. *Id*. The deadline passed, but he did not respond.

For these reasons, this case is DISMISSED under 28 U.S.C. § 1915A because the complaint did not state a claim for which relief could be granted.

SO ORDERED on December 17, 2025

/s/Gretchen S. Lund
JUDGE
UNITED STATES DISTRICT COURT